IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 05m-1098E |
| CHARLOTTE S. BOUCHARD, | ) |
| Defendant, | ) Violation: 18 U.S.C. § 13, 7 (47 OSA 6-303B) |

## INFORMATION

### Count 1

G.

On or about February 14, 2005, in Comanche County, in the Western District of Oklahoma,

------------------CHARLOTTE S. BOUCHARD----------------

the defendant herein, did drive a motor vehicle when her privilege to do so was suspended. At approximately 4:20 p.m., MPs stopped a white 1999 Hyundai bearing license # 821 CME (OK) at the intersection of Crane Road and Koehler Loop as part of a roadside checkpoint. Upon contact with the driver, later identified as the defendant, the MPs conducted a check on the NCIC computer. The check revealed the driver's license was suspended.

All of said act are in violation of Title 18 U.S.C. § 13, 7 (47 OSA 6-303B).

ROBERT G. McCAMPBELL
United States Attorney

NICHOLAS J. COMPTON
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Fort Sill, OK 73503
(580) 442-3900

STATE OF OKLAHOMA        )
                         ) SS
COUNTY OF COMANCHE       )

## VERIFICATION

I, Nicholas J. Compton, being first duly sworn, state that I have read and know the contents of the foregoing Information and, to the best of my knowledge and belief, the statements therein are true and correct.

_____
NICHOLAS J. COMPTON
Special Assistant U.S. Attorney


SUBSCRIBED AND SWORN to before me this __16th__ day of __March__, __2005__

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE